UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT L RHOADES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01958-JRS-TAB |
| | ) |
| INTERNATIONAL VAN LINES, INC., | ) |
| Y & O MOVING CONSULTING | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

**Order Adopting Report and Recommendation of Damages**

Robert Rhoades obtained a default judgment establishing International Van Lines, Inc., and Y & O Moving Consulting Services, LLC, liable for breach of contract and various violations of Title 49 of the Code of Federal Regulations. (*See* Order 1, 8, ECF No. 18.) Finding damages not capable of ascertainment without an evidentiary hearing, the Court referred the matter to Magistrate Judge Tim A. Baker. (*Id.* at 7–8.) Magistrate Judge Baker held an evidentiary hearing, at which Defendants failed to appear, (Entry, ECF No. 23), and then issued written findings, recommending that the Court award damages totaling $34,367.46, which includes compensatory damages of $7,847.00, court costs of $461.20, attorney's fees of $5,500.00, and punitive damages of $20,559.26, (R. & R. 8, ECF No. 25). The recommended court costs and attorney's fees are consistent with the Bill of Costs filed by Rhoades. (ECF No. 22.) No objections have been filed and the deadline to file them has passed. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1)(C).

The Court now **ADOPTS** the Report and Recommendation ("R&R") with a clarification. In some places, the R&R describes punitive damages as totaling $20,559.26, and in others the amount is described as $20,599.26. (R. & R. 1, 4–5, 8, ECF No. 25.) Since $20,559.26 is the figure consistent with the R&R's calculations overall and its division of punitive damages in half between the two defendants, (*see id.* at 8 ($10,279.63 x 2 = $20,559.26)), the Court assumes any reference to $20,599.26 is a typographical error and construes such reference as $20,559.26.[1] A separate final approval order will be entered reflecting this clarification and awarding damages as recommended.

**SO ORDERED.**

Date: 10/27/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Magistrate Judge Tim A. Baker

Heather M Prokopow
Prosih LLC
prosihllc@gmail.com

---

[1] This figure is also the binding estimate Rhoades was provided and reflects what he would have paid had the contract not been breached. (*See* Estimate, ECF No. 20-1, at 27; R. & R. 5, 8, ECF No. 25.)